|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLAIRE DELACRUZ, individually, and on behalf of other members of the general public similarly situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>CYTOSPORT, INC., a California Corporation,<br><br>              Defendant. | Case No.: 4:11-cv-03532-CW<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT MODIFICATIONS TO, OR ADDITIONAL SUPPORT FOR, PROPOSED CLASS ACTION SETTLEMENT**<br><br><br>Judge:          Hon. Claudia Wilken<br><br><br>Complaint Filed:   July 18, 2011<br>Trial Date:        None Set |

1     The Court, having reviewed the joint stipulation of Plaintiff Claire Delacruz and
2 Defendant CytoSport, Inc. to extend the deadline to submit modifications to, or additional
3 support for, their proposed class action settlement, and finding GOOD CAUSE
4 APPEARING therein, orders that the deadline for submission of modifications to, or
5 additional support for, the parties' class action settlement is extended from April 26, 2013
6 to May 8, 2013.

Dated: 4/26/2013

_____
Hon. Claudia Wilken
United States District Court Judge