Exhibit 3

# GCG

**Delacruz v. CytoSport, Inc.**
Weekly Statistics

| | Cumulative Stats for Project | As of 12/15 | w/e 12/22 | w/e 12/29 | w/e 1/5 | w/e 1/12 | w/e 1/19 | w/e 1/26 |
|---|---|---|---|---|---|---|---|---|
| **Publication of Notice** | | | | | | | | |
| USA Today (National Edition) 12/10/2013 & 12/16/2013 | | | | | | | | |
| USA Today (CA Edition) 12/23/2013 & 12/30/2013 | | | | | | | | |
| **Email Notice: 12/23/13 - 12/26/13** | | | | | | | | |
| Total Emails Sent | 5,460 | | | | | | | |
| Total Emails Not Returned to GCG | 5,218 | | | | | | | |
| **Claim Forms - postmarked or submitted via email or online by 3/12/14** | | | | | | | | |
| Number of Claim Forms Received at GCG, Prepped and Scanned (Timely) | 201 | 0 | 1 | 29 | 14 | 16 | 33 | 24 |
| Number of Claims Submitted Online | 27,933 | 187 | 7,905 | 1,620 | 1,291 | 1,438 | 989 | 782 |
| **Web Site: www.CytoSportSettlement.com** | | | | | | | | |
| Number of Visits to the Web Site | 40,620 | 734 | 9,829 | 2,936 | 4,288 | 1,910 | 1,184 | 877 |
| **Helpline: (855) 590-8658** | | | | | | | | |
| Number of Calls to the IVR | 109 | 11 | 13 | 4 | 3 | 9 | 2 | 13 |
| Total IVR Minutes | 308 | 30 | 34 | 9 | 12 | 21 | 33 | 35 |
| Total Messages/Transcriptions | 59 | 7 | 9 | 3 | 2 | 6 | 1 | 9 |
| **Exclusions - received by 3/12/14** | | | | | | | | |
| Total Number of Timely Requests for Exclusion Received | 20 | 0 | 0 | 0 | 0 | 1 | 17 | 2 |
| **Objections - received by 3/12/14** | | | | | | | | |
| Total Number of Timely Objections Filed | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| **Claimant Correspondence** | | | | | | | | |
| Total Administrative Mail Opened, Prepped and Processed | 102 | 1 | 10 | 13 | 24 | 10 | 9 | 1 |

# GCG

**Delacruz v. CytoSport, Inc.**
**Weekly Statistics**

| | w/e 2/2 | w/e 2/9 | w/e 2/16 | w/e 2/23 |
|---|---|---|---|---|
| **Publication of Notice** | | | | |
| USA Today (National Edition) 12/10/2013 & 12/16/2013 | | | | |
| USA Today (CA Edition) 12/23/2013 & 12/30/2013 | | | | |
| **Email Notice: 12/23/13 - 12/26/13** | | | | |
| Total Emails Sent | | | | |
| Total Emails Not Returned to GCG | | | | |
| **Claim Forms - postmarked or submitted via email or online by 3/12/14** | | | | |
| Number of Claim Forms Received at GCG, Prepped and Scanned (Timely) | 20 | 26 | 13 | 25 |
| Number of Claims Submitted Online | 7,858 | 2,736 | 1,766 | 1,361 |
| **Web Site: www.CytoSportSettlement.com** | | | | |
| Number of Visits to the Web Site | 12,221 | 3,152 | 1,929 | 1,560 |
| **Helpline: (855) 590-8658** | | | | |
| Number of Calls to the IVR | 12 | 14 | 7 | 21 |
| Total IVR Minutes | 39 | 37 | 21 | 37 |
| Total Messages/Transcriptions | 5 | 8 | 4 | 5 |
| **Exclusions - received by 3/12/14** | | | | |
| Total Number of Timely Requests for Exclusion Received | 0 | 0 | 0 | 0 |
| **Objections - received by 3/12/14** | | | | |
| Total Number of Timely Objections Filed | 0 | 0 | 0 | 0 |
| **Claimant Correspondence** | | | | |
| Total Administrative Mail Opened, Prepped and Processed | 9 | 6 | 17 | 2 |