# Exhibit 4

## Roland Tellis

**From:** Roland Tellis
**Sent:** Tuesday, February 25, 2014 9:17 AM
**To:** Roland Tellis

**From:** Don Orrell [mailto:don_applied@bellsouth.net]
**Sent:** Tuesday, January 07, 2014 9:31 AM
**To:** administrator@cytosportsettlement.com
**Cc:** mpifko@baronandbudd.com; mberde@gibsondunn.com
**Subject:** Objection to Class Action Lawsuit Delacruz v. CytoSport, Inc.

To Whom it may concern:

Per the instructions on the Notification of Settlement posted on www.cytosportsettlement.com, I would like to object to the settlement that is being proposed. I am a longtime consumer of CytoSport products and have purchased and consumed approximately 650 units of Muscle Milk, Muscle Milk Light, and/or Monster Milk RTDs during the period between July 18, 2007 and December 31, 2012. My objections and reasons are as follows:

**Objection 1:** I do not believe that the claims stated are inaccurate. I regularly consumed these products, which were a significant component of my healthy diet regimen. I experienced excellent results in maintaining sustained energy throughout the day without any negative side effects. My health metrics including blood pressure, cholesterol and body fat percentage are all within medically recognized healthy levels, and consuming these products helped me achieve my strength, endurance and fitness goals throughout that time period.

**Objection 2:** The structure of this case does not actually benefit the plaintiffs / Class Members, only the plaintiff's counsel. The maximum $60 damage award to any single Class Member is inconsequential and obviously not worth any individual's time, effort or expense to bring forth such an ridiculous suit. **As such, it can only be concluded that this is nothing more than a frivolous, predatory, and malicious effort to extort a settlement from CytoSport. Such lawsuits have become a growing, parasitic industry that preys on the sports nutrition / natural product industry. Such suits provide no service, benefit or protection to the general public, and do nothing other than provide financial gain to a small but growing group of unscrupulous California law firms.**

I can only hope that the defense in this case prevails, as destructive lawsuits like this are not only bad for the individual company being attacked, but they erode the greater economy by driving up the costs of doing business and increasing the barriers of entry for small businesses - which ultimately adversely effects job creation and employee salaries. This is bad for everyone.

Thank you for receiving my objections to this unfortunate piece of junk litigation. Feel free to contact me with any questions, as I do not intend to attend the Fairness Hearing.

Best regards,

**Don Orrell
3698 Border Creek Ct.
Denver, NC 28037**
Mobile: 704-996-6896

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.