# Exhibit 5

## ATTORNEY TIME CHART
## 11 7753 1
## Delacruz, Claire (CytoSport, Inc.)

| Attorney | Hours | Hourly | Amount Billed |
|---|---:|---:|---:|
| Daniel Alberstone | 50.90 | 825.00 | 41,992.50 |
| Roland Tellis | 301.05 | 775.00 | 233,313.75 |
| Mark Pifko | 545.50 | 630.00 | 343,665.00 |
| Peter Smith | 93.80 | 630.00 | 59,094.00 |
| Natasha Mehta | 451.50 | 390.00 | 176,085.00 |
| Paralegal | 10.60 | 95.00 | 1,007.00 |
| **TOTALS** | 1453.35 | | 855,157.25 |