Exhibit 6

## Client Totals by Work Code             2/25/2014

Client:
11 7753     Delacruz, Claire   (CytoSport, Inc.)

| Work Code | Description | Incurred |
|---|---|---:|
| 03 | Filing and Service Fees | 5,832.90 |
| 06 | Court Reporters and Depositions | 6,937.20 |
| 07 | Experts Fees | 151,258.96 |
| 09 | Research and Miscellaneous Charges | 8,649.94 |
| 44 | Employee Travel | 10,122.87 |
| 45 | Employee Meals -Client Related | 1,288.91 |
| 55 | Copies and Document Productions | 6,949.36 |
| 66 | Postage and Courier Service | 148.14 |
| | | **191,188.28** |